
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 16-01-H-CCL |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| **RICHARD CHARLES SAARI,** | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on December 13, 2016;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. S 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

1

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture is GRANTED and Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party:

1) Iomega 31868600 portable hard drive, serial number W2AA409691
2) SanDisk Ultra 32 GB flash drive, serial number BM122290224230
3) Samsung Galaxy S5 smart phone, serial number 256691521607702019
4) Samsung plasma television, serial number AUMH3CQS612690J
5) Microsoft digital camera with USB cord, X821857-001

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 2nd day of March, 2017.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

2