IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION


FILED
OCT 22 2018
Clerk, U.S. District Court
District Of Montana
Helena

| UNITED STATES OF AMERICA, | CR 16-01-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RICHARD CHARLES SAARI, | |
| Defendant. | |

Before the Court is the government's motion for an order of restitution. (Doc. 84). The government having failed to state in the text of the motion that it had contacted counsel for the defendant prior to filing the motion, as required by L.CR 47.1(a),

IT IS HEREBY ORDERED that the government's motion for an order of restitution is DENIED without prejudice and with leave to refile.

DATED this 21st day of October, 2018.

CHARLES C. LOVELL
Senior United States District Judge