IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD CHARLES SAARI,

Defendant.

CR 16–01–H–CCL

ORDER

On September 9, 2020, the Court denied the government's second motion for restitution and ordered the United States to refile a properly supported motion within fourteen days of entry of the order. (Doc. 90). The government having failed to file a motion for restitution, the Court today enters an amended judgment with no restitution award.

DATED this 17th day of February, 2021.

CHARLES C. LOVELL
Senior United States District Judge