IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD CHARLES SAARI,<br><br>Defendant. | CR 16–01–H–CCL<br><br><br>ORDER |

The Court having entered an amended judgment with no restitution award, the Clerk of Court's Financial Unit requires direction regarding funds collected to date from Defendant Richard Saari. Defendant having already paid his $100 special assessment, IT IS HEREBY ORDERED any remaining funds already collected or collected in the future should be paid toward the JVTA assessment.

DATED this 18th day of February, 2021.

CHARLES C. LOVELL
Senior United States District Judge